SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XI CHEN,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, Attorney General of the United States;<br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services; ROBERT MUELLER, Director of the Federal Bureau of Investigation;<br>CHRISTINA POULOS, Acting Director of the California Service Center,<br><br>    Defendants. | No. C 07-0267 SC<br><br>**STIPULATION TO EXTEND DATES; AND [PROPOSED] ORDER** |

The plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

1. The plaintiff filed an action under 8 U.S.C. § 1447(b) on January 13, 2007, asking this Court to direct the United States Citizenship and Immigration Services (USCIS) to adjudicate her application for naturalization.

2. The USCIS has agreed to ask the FBI to expedite the processing of a mandatory name check of the plaintiff, which has delayed adjudication of the plaintiff's application for naturalization.

3. In light of the reasonable possibility that the FBI will complete the name check of the plaintiff and that the USCIS will adjudicate the plaintiff's application for naturalization within 90 days, the parties respectfully ask this Court to extend the date of the case management conference, which is currently scheduled for April 20, 2007, by approximately 90 days.

4. The parties therefore agree, subject to court approval, to continue the Case Management Conference currently set for April 20, 2007, **to July 27, 2007.**

5. The parties further agree, subject to court approval, to file a joint case management statement seven days in advance of the case management conference if the case is not administratively resolved prior to that date.

Dated: April 11, 2007

/s/
TRICIA WANG
Law Offices of Tricia Wang
Attorney for Plaintiff

Dated: April 11, 2007

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued to July 27, 2007, at 1

Dated: April ~~11~~ 13, 2007

_____
SAMUEL CONTI
United States Distirct Judge

STIPULATION TO EXTEND DATES
C07-0267 SC                    2